UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| VICTOR SILVERIO PEREZ, | ) CV 10-2042-PSG (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| LARRY SCRIBNER, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action dismissed with prejudice.

DATED: January 13, 2011

PHILLIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE